**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-36008-PSH |
| | § | |
| SIXTO RODRIGUEZ | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 11/22/2011, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/25/2011                    By:  /s/ David P. Leibowitz
                                                  (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-36008-PSH |
| | § | |
| SIXTO RODRIGUEZ | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $8,025.66
*and approved disbursements of*     $281.73
*leaving a balance on hand of[1] :*     $7,743.93

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $7,743.93

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,527.52 | $0.00 | $1,527.52 |
| David P. Leibowitz, Trustee Expenses | $5.40 | $0.00 | $5.40 |

Total to be paid for chapter 7 administrative expenses:     $1,532.92
Remaining balance:     $6,211.01

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|   |   | Remaining balance: | $6,211.01 |
|---|---|---:|---:|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|   | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|   | Remaining balance: | $6,211.01 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $48,577.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR/TARGET | $2,383.88 | $0.00 | $304.79 |
| 2 | Asset Acceptance LLC | $2,141.65 | $0.00 | $273.83 |
| 3 | CAPITAL ONE BANK (USA), N.A. | $14,604.61 | $0.00 | $1,867.30 |
| 4 | PYOD LLC its successors and assigns as assignee of | $6,392.36 | $0.00 | $817.31 |
| 5 | Atlas Acquisitions LLC Assignee of Household Bank | $1,070.86 | $0.00 | $136.92 |
| 6 | Capital Recovery III LLC As Assignee of Sears - SE | $8,475.36 | $0.00 | $1,083.64 |
| 7 | Worldwide Asset Purchasing II, LLC/HSBC Card Services (III) Inc | $983.36 | $0.00 | $125.73 |
| 8 | CACH, LLC/Bank of America | $1,928.44 | $0.00 | $246.56 |
| 9 | Fia Card Services, NA/Bank of America | $4,717.19 | $0.00 | $603.13 |
| 10 | Fia Card Services, NA/Bank of America | $5,880.01 | $0.00 | $751.80 |

**UST-Form 101-7-NFR (5/1/2011)**

Total to be paid to timely general unsecured claims: $6,211.01
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 09-36008-PSH
Sixto Rodriguez                                                         Chapter 7
        Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0752-1           User: ccabrales              Page 1 of 2                   Date Rcvd: Oct 26, 2011
                               Form ID: pdf006              Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2011.
db           +Sixto Rodriguez,    3044 W. North Ave.,    2nd Floor,    Chicago, IL 60647-6461
14506976     +Academy Collection Service,    10965 Decatur Road,    Philadelphia, PA 19154-3210
14506980     +At&T Universal Card,    Processing Center,    Des Moines, IA 50363-0001
14506985     +Bank of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
14506986     +Bank of America,    P.O. Box 30137,    Tampa, FL 33630-3137
14506987     +Best Buy,    7601 Penn Avenue South,    Ridgefield, MN 55423-3683
14506988     +Blatt, Hasenmiller, et al.,    125 S. Wacker Drive,    Ste. 400,    Chicago, IL 60606-4440
14506989    ++++CAC FINANCIAL CORP,    2601 NW EXPRESSWAY STE 1000E,    OKLAHOMA CITY OK 73112-7236
              (address filed with court: CAC Financial Corp,      2601 NW Expressway,    Suite 1000 East,
                Oklahoma City, OK 73112)
15421570     +CACH, LLC,    4340 S. MONACO ST.,    2ND FLOOR,    DENVER, CO 80237-3408
15027900      CAPITAL ONE BANK (USA), N.A.,     BY AMERICAN INFOSOURCE LP AS AGENT,     PO Box 71083,
                Charlotte, NC 28272-1083
14506993     +CBE Group,    P.O. box 15630,    Dept. 72,    Wilmington, DE 19850-5630
14506990    ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3408
              (address filed with court: CACH LLC,     370 17th Street,    Ste. 5000,    Denver, CO 80202)
14506991     +Capital One Bank,    P.O. Box 790216,    Saint Louis, MO 63179-0216
14506994     +Citi Cards,    P.O. Box 45129,    Jacksonville, FL 32232-5129
14506997     +CitiBank SD,    P.O. Box 2667 (037),    Houston, TX 77252-2667
14506995     +Citibank CBSD,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
14506996      Citibank SD,    P.O. Box 15687,    Wilmington, DE 19850
14506999     +Codilis & Associates,    15W030 North Frontage Road,    Ste. 100,    Burr Ridge, IL 60527-6921
14507000     +Dish Network,    P.O. Box 0063,    Palatine, IL 60055-0001
14507001     +Encore Receivable Management,    400 N. Rogers Road,    P.O. Box 3330,    Olathe, KS 66063-3330
14507002      Federal Home Loan Mortgage Corp.,    c/o Washington Mutual Bank,    P.O. Box 1100576,
                Florence, SC 29501
14507004     +Firstsource Advantage,    205 Bryant Woods South,    Amherst, NY 14228-3609
14507003     +Firstsource Advantage,    P.O. Box 628,    Buffalo, NY 14240-0628
14507005     +GC Services,    P.O. Box 2667,    Houston, TX 77252-2667
14507010    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court: HSBC Bank,     P.O. Box 98706,    Las Vegas, NV 89193)
14507011      HSBC Retail Services,    PO Box 5244,    Carol Stream, IL 60197-5244
14507007     +Harlem Furniture,    P.O. Box 659704,    San Antonio, TX 78265-9704
14507009     +Household Bank,    Dept. 7680,    Carol Stream, IL 60116-0001
14507015     +LDG Financial Services,    7001 Peachtree Industrial Blvd.,    Ste. 320,    Norcross, GA 30092-6637
14507014     +Laboratory Corporation of America,     PO Box 2240,    Burlington, NC 27216-2240
14507016     +Menards,    Retail Services,    P.O. Box 17602,    Baltimore, MD 21297-1602
14507017     +NCO Financial Group,    507 Prudential Road,    Horsham, PA 19044-2368
14507018     +Nelson, Watson & Associates,    80 Merrimack Street,    Lower Level,    Haverhill, MA 01830-5202
14507019     +Pentagroup Financial,    5959 Corporate Drive,    Ste. 1400,    Houston, TX 77036-2311
14507020     +Portfolio,    P.O. Box 12914,    Norfolk, VA 23541-0914
14507021     +Profesional Placement Services,    P.O. Box 612,    Milwaukee, WI 53201-0612
14507023     +Sears Credit Cards,    P.O. Box 183082,    Columbus, OH 43218-3082
14507024     +Stellar Recovery Inc.,    1845 Highway 93 South,    Ste. 310,    Kalispell, MT 59901-5721
14507025      Sunrise Credit Services Inc.,    260 Airport Famingale,    Farmingdale, NY 11735
14507026     +Target,    Retailers National Bank,    P.O. Box 59231,    Minneapolis, MN 55459-0231
14507027     +United Collection Bureau, Inc,    5620 Southwyck Blvd.,    Ste. 206,    Toledo, OH 43614-1501
14507029    ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
              (address filed with court: Wachovia Dealer Services, Inc.,,     P.O. Box 25341,
                Santa Ana, CA 92799)
14507030      Washington Mutual Home Loans,    11200 W. Park Lane,    Milwaukee, WI 53224
14507031      World Financial Network Nat. Bank,     P.O. Box 6599704,    San Antonio, TX 78265

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14998910      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 27 2011 04:09:48
               AMERICAN INFOSOURCE LP AS AGENT FOR,    TARGET,    PO Box 248866,    Oklahoma City, OK 73124-8866
14506978     +E-mail/Text: roy.buchholz@allianceoneinc.com Oct 27 2011 02:08:28       Alliance One,
                4850 Street Road,    Ste. 300,    Feasterville Trevose, PA 19053-6643
14506979     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 27 2011 02:07:07       Asset Acceptance Corporation,
                P.O. Box 2036,    Warren, MI 48090-2036
14998227     +E-mail/Text: bnc@atlasacq.com Oct 27 2011 02:08:34       Atlas Acquisitions LLC,   294 Union St.,
                Hackensack, NJ 07601-4303
15148335     +E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2011 04:13:40
               Capital Recovery III LLC As Assignee of Sears - SE,     Care of Recovery Management Systems Corp,
                25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14506998     +E-mail/Text: bnc@ursi.com Oct 27 2011 02:08:35       CitiBank South Dakota NA,
                c/o United Recovery System,    P.O. Box 722910,    Houston, TX 77272-2910
15436912      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 27 2011 04:09:48
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                Oklahoma City, OK 73124-8809
14507006     +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2011 04:13:39       GEMB/Sams Club,    P.O. Box 981064,
                El Paso, TX 79998-1064
14507008     +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2011 04:13:39       Home Depot,   P.O. Box 530919,
                Dept. 51,    Atlanta, GA 30353-0919
```

```
District/off: 0752-1          User: ccabrales            Page 2 of 2                  Date Rcvd: Oct 26, 2011
                              Form ID: pdf006            Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14507013     +E-mail/PDF: cr-bankruptcy@kohls.com Oct 27 2011 04:13:09     Kohl's,   P.O. Box 2983,
              Milwaukee, WI 53201-2983
15045057     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 27 2011 02:06:25
              PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
              PO Box 19008,   Greenville, SC 29602-9008
14507022     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 27 2011 02:06:26
              Resurgent Capital Services,   P.O. Box 5025,   Sioux Falls, SD 57117-5025
14507028     +E-mail/Text: bnc@ursi.com Oct 27 2011 02:08:35     United Reovery Systems,   P.O. Box 722929,
              Houston, TX 77272-2929
15357656      E-mail/PDF: BNCEmails@blinellc.com Oct 27 2011 04:11:39     Worldwide Asset Purchasing II, LLC,
              MS 550,   PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14506977*    +Academy Collection Service,   10965 Decatur Road,   Philadelphia, PA 19154-3210
15015115*    +Asset Acceptance LLC,   Po Box 2036,   Warren MI 48090-2036
14506982*    +Bank of America,   P.O. Box 5270,   Carol Stream, IL 60197-5270
14506983*    +Bank of America,   P.O. Box 5270,   Carol Stream, IL 60197-5270
14506984*    +Bank of America,   P.O. Box 5270,   Carol Stream, IL 60197-5270
14507012*     HSBC Retail Services,   PO Box 5244,   Carol Stream, IL 60197-5244
14506981   ##+Bank of America,   P.O. Box 5270,   Carol Stream, IL 60197-5270
14506992  ##++CBE GROUP,   FOR BANK OF AMERICA,   131 TOWER PARK DR STE 100,   WATERLOO IA  50701-9374
              (address filed with court: CBE Group,   for Bank of America,   131 Towe Park Drive, Suite 1,
              Waterloo, IA 50702)
                                                                                     TOTALS: 0, * 6, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

I, **Joseph Speetjens**, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 28, 2011**                    **Signature:**    _/s/ Joseph Speetjens_