UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-36008-PSH |
| | § | |
| SIXTO RODRIGUEZ | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $8,000.00 | Assets Exempt: | $6,300.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $6,211.01 | Claims Discharged Without Payment: | $338,364.71 |
| Total Expenses of Administration: | $1,564.21 | | |

3) Total gross receipts of $8,025.66 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $250.44 (see **Exhibit 2),** yielded net receipts of $7,775.22 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,564.21 | $1,564.21 | $1,564.21 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $341,316.00 | $48,577.72 | $48,577.72 | $6,211.01 |
| **Total Disbursements** | $341,316.00 | $50,141.93 | $50,141.93 | $7,775.22 |

4). This case was originally filed under chapter 7 on 09/28/2009. The case was pending for 29 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/10/2012     By:   /s/ David P. Leibowitz
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Turnover of bank account funds | 1129-000 | $7,962.18 |
| IL Tax Refund | 1224-000 | $60.00 |
| Interest Earned | 1270-000 | $3.48 |
| **TOTAL GROSS RECEIPTS** | | **$8,025.66** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Sixto Rodriguez | Funds to Third Parties | 8500-002 | $250.44 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$250.44** |

**EXHIBIT 3 – SECURED CLAIMS**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,527.52 | $1,527.52 | $1,527.52 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $5.40 | $5.40 | $5.40 |
| International Sureties, Ltd | 2300-000 | NA | $5.44 | $5.44 | $5.44 |
| Green Bank | 2600-000 | NA | $25.85 | $25.85 | $25.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,564.21 | $1,564.21 | $1,564.21 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (5/1/2011)

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR/TARGET | 7100-900 | $2,383.00 | $2,383.88 | $2,383.88 | $304.79 |
| 2 | Asset Acceptance LLC | 7100-000 | $1,967.00 | $2,141.65 | $2,141.65 | $273.83 |
| 3 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | $14,264.00 | $14,604.61 | $14,604.61 | $1,867.30 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-900 | $5,942.00 | $6,392.36 | $6,392.36 | $817.31 |
| 5 | Atlas Acquisitions LLC Assignee of Household Bank | 7100-000 | $1,070.00 | $1,070.86 | $1,070.86 | $136.92 |
| 6 | Capital Recovery III LLC As Assignee of Sears - SE | 7100-900 | $6,349.00 | $8,475.36 | $8,475.36 | $1,083.64 |
| 7 | Worldwide Asset Purchasing II, LLC/HSBC Card Services (III) Inc | 7100-900 | $818.00 | $983.36 | $983.36 | $125.73 |
| 8 | CACH, LLC/Bank of America | 7100-900 | $1,928.00 | $1,928.44 | $1,928.44 | $246.56 |
| 9 | Fia Card Services, NA/Bank of America | 7100-900 | $4,717.00 | $4,717.19 | $4,717.19 | $603.13 |
| 10 | Fia Card Services, NA/Bank of America | 7100-900 | $5,880.00 | $5,880.01 | $5,880.01 | $751.80 |
| | At&T Universal Card | 7100-000 | $3,960.00 | NA | NA | $0.00 |
| | Bank of America | 7100-000 | $7,808.00 | NA | NA | $0.00 |
| | Bank of America | 7100-000 | $1,928.00 | NA | NA | $0.00 |
| | Bank of America | 7100-000 | $5,179.00 | NA | NA | $0.00 |
| | Best Buy | 7100-000 | $754.00 | NA | NA | $0.00 |
| | Citi Cards | 7100-000 | $7,622.00 | NA | NA | $0.00 |
| | CitiBank South Dakota NA | 7100-000 | $776.00 | NA | NA | $0.00 |
| | Dish Network | 7100-000 | $103.00 | NA | NA | $0.00 |
| | Federal Home Loan Mortgage Corp. | 7100-000 | $256,500.00 | NA | NA | $0.00 |
| | GEMB/Sams Club | 7100-000 | $907.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---:|---:|---:|---:|
| Home Depot | 7100-000 | $624.00 | NA | NA | $0.00 |
| HSBC Retail Services | 7100-000 | $438.00 | NA | NA | $0.00 |
| Kohl's | 7100-000 | $518.00 | NA | NA | $0.00 |
| Laboratory Corporation of America | 7100-000 | $165.00 | NA | NA | $0.00 |
| Menards | 7100-000 | $529.00 | NA | NA | $0.00 |
| Resurgent Capital Services | 7100-000 | $8,187.00 | NA | NA | $0.00 |
| Wachovia Dealer Services, Inc., | 7100-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $341,316.00 | $48,577.72 | $48,577.72 | $6,211.01 |

Case 09-36008    Doc 35    Filed 04/13/12    Entered 04/13/12 12:58:41    Desc Main
                                    Document      Page 5 of 12

**UST Form 101-7-TDR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| **Case No.:** 09-36008-PSH | **Trustee Name:** | David Leibowitz |
| **Case Name:** RODRIGUEZ, SIXTO | **Date Filed (f) or Converted (c):** | 09/28/2009 (f) |
| **For the Period Ending:** 2/10/2012 | **§341(a) Meeting Date:** | 11/04/2009 |
| | **Claims Bar Date:** | 04/23/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**Ref. #**

| # | Description | Petition | Est. Net | Abandon | Received | Status |
|---|---|---|---|---|---|---|
| 1 | Security Deposit with Landlord - $1,200 | $1,200.00 | $1,200.00 | DA | $0.00 | FA |
| | Asset Notes: Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2 | Clothes | $300.00 | $0.00 | DA | $0.00 | FA |
| | Asset Notes: Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3 | Pension - 100% Exempt | Unknown | $0.00 | DA | $0.00 | FA |
| | Asset Notes: Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4 | 2006 Harley Davidson Motorcycle | $6,000.00 | $3,600.00 | DA | $0.00 | FA |
| | Asset Notes: Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5 | 1995 Mitsubish Montero - Over 130,000 miles | $500.00 | $500.00 | DA | $0.00 | FA |
| | Asset Notes: Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6 | Tax Intercept (u) | $0.00 | $8,660.00 | DA | $0.00 | FA |
| 7 | Turnover of bank account funds | $0.00 | $8,000.00 | DA | $7,962.18 | FA |
| 8 | IL Tax Refund (u) | $0.00 | $60.00 | DA | $60.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | DA | $3.48 | Unknown |

**TOTALS (Excluding unknown value)**                                                                           **Gross Value of Remaining Assets**

$8,000.00      $22,020.00      $8,025.66      $0.00

**Major Activities affecting case closing:**

Tax Intercept

5.3.10 recvd refund check from Federal $962.00

Debtor currently making monthly payments for non-exempt assets, specifically $8,000 in a chase savings account at the time of filing

Review of case in preparation of TFR - Debtor still making payments on Asset

TFR completed for Trustee's review.

TDR to be completed.

**Initial Projected Date Of Final Report (TFR):** 12/30/2010          /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):** 08/30/2011          DAVID LEIBOWITZ

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-36008-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | RODRIGUEZ, SIXTO | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******7276 | Money Market Acct #: | ******7665 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 9/28/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/10/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********7665 | 9999-000 | $1,000.05 | | $1,000.05 |
| 04/07/2010 | (7) | Sixto Rodriguez | | 1129-000 | $500.00 | | $1,500.05 |
| 04/07/2010 | (8) | Daniel W. Hynes | State Tax Refund | 1224-000 | $60.00 | | $1,560.05 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.07 | | $1,560.12 |
| 05/06/2010 | (7) | 3044 W. North Ave., 2nd Floor | | 1129-000 | $500.00 | | $2,060.12 |
| 05/07/2010 | (7) | United States Treasury | Tax Refund | 1129-000 | $962.18 | | $3,022.30 |
| 05/14/2010 | 11001 | Sixto Rodriguez | Portion entitled from 2009 tax refund | 8500-002 | | $250.44 | $2,771.86 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.15 | | $2,772.01 |
| 06/09/2010 | (7) | Sixto Rodriguez | | 1129-000 | $500.00 | | $3,272.01 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.13 | | $3,272.14 |
| 06/29/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $3,272.14 | $0.00 |
| | | | **TOTALS:** | | $3,522.58 | $3,522.58 | $0.00 |
| | | | Less: Bank transfers/CDs | | $1,000.05 | $3,272.14 | |
| | | | Subtotal | | $2,522.53 | $250.44 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $2,522.53 | $250.44 | |

**For the period of 9/28/2009 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,522.53 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,522.53 |
| Total Internal/Transfer Receipts: | $1,000.05 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $250.44 |
| Total Comp/Non Comp Disbursements: | $250.44 |
| Total Internal/Transfer Disbursements: | $3,272.14 |

**For the entire history of the account between 04/06/2010 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,522.53 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,522.53 |
| Total Internal/Transfer Receipts: | $1,000.05 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $250.44 |
| Total Comp/Non Comp Disbursements: | $250.44 |
| Total Internal/Transfer Disbursements: | $3,272.14 |

FORM 2
Page No: 2
Exhibit 9
Case 09-36008  Doc 35  Filed 04/13/12  Entered 04/13/12 12:58:41  Desc Main
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document  Page 8 of 12

| Case No. | 09-36008-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | RODRIGUEZ, SIXTO | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******7276 | | Checking Acct #: | ******0801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 9/28/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/10/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $7,769.78 | | $7,769.78 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.43 | $7,767.35 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $10.91 | $7,756.44 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $12.51 | $7,743.93 |
| 11/29/2011 | 5001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $5.40 | $7,738.53 |
| 11/29/2011 | 5002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,527.52 | $6,211.01 |
| 11/29/2011 | 5003 | AMERICAN INFOSOURCE LP AS | Claim #: 1; Amount Claimed: 2,383.88; Amount Allowed: 2,383.88; Distribution Dividend: 12.79; | 7100-900 | | $304.79 | $5,906.22 |
| 11/29/2011 | 5004 | Asset Acceptance LLC | Claim #: 2; Amount Claimed: 2,141.65; Amount Allowed: 2,141.65; Distribution Dividend: 12.79; | 7100-000 | | $273.83 | $5,632.39 |
| 11/29/2011 | 5005 | CAPITAL ONE BANK (USA), N.A. | Claim #: 3; Amount Claimed: 14,604.61; Amount Allowed: 14,604.61; Distribution Dividend: 12.79; | 7100-900 | | $1,867.30 | $3,765.09 |
| 11/29/2011 | 5006 | PYOD LLC its successors and assigns as assignee of | Claim #: 4; Amount Claimed: 6,392.36; Amount Allowed: 6,392.36; Distribution Dividend: 12.79; | 7100-900 | | $817.31 | $2,947.78 |
| 11/29/2011 | 5007 | Atlas Acquisitions LLC Assignee of Household | Claim #: 5; Amount Claimed: 1,070.86; Amount Allowed: 1,070.86; Distribution Dividend: 12.79; | 7100-000 | | $136.92 | $2,810.86 |
| 11/29/2011 | 5008 | Capital Recovery III LLC As Assignee of Sears - SE | Claim #: 6; Amount Claimed: 8,475.36; Amount Allowed: 8,475.36; Distribution Dividend: 12.79; | 7100-900 | | $1,083.64 | $1,727.22 |
| 11/29/2011 | 5009 | Worldwide Asset Purchasing II, LLC/HSBC | Claim #: 7; Amount Claimed: 983.36; Amount Allowed: 983.36; Distribution Dividend: 12.79; | 7100-900 | | $125.73 | $1,601.49 |
| 11/29/2011 | 5010 | CACH, LLC/Bank of America | Claim #: 8; Amount Claimed: 1,928.44; Amount Allowed: 1,928.44; Distribution Dividend: 12.79; | 7100-900 | | $246.56 | $1,354.93 |
| 11/29/2011 | 5011 | Fia Card Services, NA/Bank of America | Claim #: 9; Amount Claimed: 4,717.19; Amount Allowed: 4,717.19; Distribution Dividend: 12.79; | 7100-900 | | $603.13 | $751.80 |
| 11/29/2011 | 5012 | Fia Card Services, NA/Bank of America | Claim #: 10; Amount Claimed: 5,880.01; Amount Allowed: 5,880.01; Distribution Dividend: 12.79; | 7100-900 | | $751.80 | $0.00 |

**SUBTOTALS** $7,769.78 $7,769.78

Page No: 3

Case 09-36008  Doc 35  Filed 04/13/12  Entered 04/13/12 12:58:41  Desc Main
Document      Page 9 of 12

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| **Case No.** | 09-36008-PSH | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | RODRIGUEZ, SIXTO | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******7276 | | **Checking Acct #:** | ******0801 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | DDA |
| **For Period Beginning:** | 9/28/2009 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 2/10/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $7,769.78 | $7,769.78 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $7,769.78 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $7,769.78 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $7,769.78 | |

**For the period of 9/28/2009 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $7,769.78 |
| | |
| Total Compensable Disbursements: | $7,769.78 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,769.78 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/29/2011 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $7,769.78 |
| | |
| Total Compensable Disbursements: | $7,769.78 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,769.78 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 09-36008-PSH | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | RODRIGUEZ, SIXTO | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******7276 | | **Money Market Acct #:** | ******7665 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 9/28/2009 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 2/10/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 02/03/2010 | (7) | Sixto Rodriguez | | 1129-000 | $500.00 | | $500.00 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.01 | | $500.01 |
| 03/03/2010 | (7) | Sixto Rodriguez | | 1129-000 | $500.00 | | $1,000.01 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.04 | | $1,000.05 |
| 04/06/2010 | | Wire out to BNYM account ********7665 | Wire out to BNYM account ********7665 | 9999-000 | ($1,000.05) | | $0.00 |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | ($1,000.05) | $0.00 | |
| | | | **Subtotal** | | $1,000.05 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,000.05 | $0.00 | |

| **For the period of 9/28/2009 to 2/10/2012** | | **For the entire history of the account between 02/03/2010 to 2/10/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $1,000.05 | Total Compensable Receipts: | $1,000.05 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,000.05 | Total Comp/Non Comp Receipts: | $1,000.05 |
| Total Internal/Transfer Receipts: | ($1,000.05) | Total Internal/Transfer Receipts: | ($1,000.05) |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-36008-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | RODRIGUEZ, SIXTO | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******7276 | | Money Market Acct #: | ******6008 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 9/28/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/10/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $3,272.14 | | $3,272.14 |
| 06/30/2010 | (INT) | Sterling Bank | Interest for June, 2010 | 1270-000 | $0.03 | | $3,272.17 |
| 07/07/2010 | (7) | Sixto Rodriguez | checking account turnover | 1129-000 | $500.00 | | $3,772.17 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.15 | | $3,772.32 |
| 08/04/2010 | (7) | Sixto Rodriguez | | 1129-000 | $500.00 | | $4,272.32 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.18 | | $4,272.50 |
| 09/02/2010 | (7) | Sixto Rodriguez | | 1129-000 | $500.00 | | $4,772.50 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.19 | | $4,772.69 |
| 10/06/2010 | (7) | Sixto Rodriguez | | 1110-000 | $500.00 | | $5,272.69 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.22 | | $5,272.91 |
| 11/05/2010 | (7) | Sixto Rodriguez | | 1129-000 | $500.00 | | $5,772.91 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.23 | | $5,773.14 |
| 12/09/2010 | (7) | Sixto Rodriguez | | 1129-000 | $500.00 | | $6,273.14 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.26 | | $6,273.40 |
| 01/06/2011 | (7) | Sixto Rodriguez | | 1129-000 | $500.00 | | $6,773.40 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.28 | | $6,773.68 |
| 02/04/2011 | 3000 | International Sureties, Ltd | Bond Payment | 2300-000 | | $5.44 | $6,768.24 |
| 02/09/2011 | (7) | Sixto Rodriguez | | 1129-000 | $500.00 | | $7,268.24 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.27 | | $7,268.51 |
| 03/08/2011 | (7) | 3044 W. North Ave., 2nd Floor | | 1129-000 | $500.00 | | $7,768.51 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.32 | | $7,768.83 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.32 | | $7,769.15 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.33 | | $7,769.48 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.30 | | $7,769.78 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $7,769.78 | $0.00 |
| | | | **TOTALS:** | | $7,775.22 | $7,775.22 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $3,272.14 | $7,769.78 | |
| | | | **Subtotal** | | $4,503.08 | $5.44 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $4,503.08 | $5.44 | |

| For the period of 9/28/2009 to 2/10/2012 | | For the entire history of the account between 06/25/2010 to 2/10/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,503.08 | Total Compensable Receipts: | $4,503.08 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,503.08 | Total Comp/Non Comp Receipts: | $4,503.08 |
| Total Internal/Transfer Receipts: | $3,272.14 | Total Internal/Transfer Receipts: | $3,272.14 |
| Total Compensable Disbursements: | $5.44 | Total Compensable Disbursements: | $5.44 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5.44 | Total Comp/Non Comp Disbursements: | $5.44 |
| Total Internal/Transfer Disbursements: | $7,769.78 | Total Internal/Transfer Disbursements: | $7,769.78 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 09-36008-PSH | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | RODRIGUEZ, SIXTO | | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******7276 | | **Money Market Acct #:** | ******6008 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | MMA |
| **For Period Beginning:** | 9/28/2009 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 2/10/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $8,025.66 | $8,025.66 | $0.00 |

**For the period of 9/28/2009 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $8,025.66 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,025.66 |
| Total Internal/Transfer Receipts: | $11,041.92 |
| | |
| Total Compensable Disbursements: | $7,775.22 |
| Total Non-Compensable Disbursements: | $250.44 |
| Total Comp/Non Comp Disbursements: | $8,025.66 |
| Total Internal/Transfer Disbursements: | $11,041.92 |

**For the entire history of the case between 09/28/2009 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $8,025.66 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,025.66 |
| Total Internal/Transfer Receipts: | $11,041.92 |
| | |
| Total Compensable Disbursements: | $7,775.22 |
| Total Non-Compensable Disbursements: | $250.44 |
| Total Comp/Non Comp Disbursements: | $8,025.66 |
| Total Internal/Transfer Disbursements: | $11,041.92 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ